# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY LEW WILLIAMS, | ) |
| *Petitioner,* | ) ) ) |
| v. | ) Case No. CIV-20-317-D |
| LOGAN COUNTY DETENTION CENTER *et al.*, | ) ) ) |
| *Respondents.* | ) |

## O R D E R

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 7] in its entirety. For the reasons stated therein, the Court finds the Petition for Writ of Habeas Corpus [Doc. No. 1] should be and is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 12th day of May, 2020.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge